■ LEON HARRIS, Respondent, v HARRIET HARRIS, Appellant.—In a matrimonial action, the defendant wife appeals, on the ground of inade-

quacy, from the temporary support provisions contained in an order of the Supreme Court, Kings County, dated December 17, 1976. Appeal dismissed, without costs or disbursements. On April 13, 1977 the defendant was granted a judgment of divorce, which includes provisions for alimony. This appeal has therefore been dismissed as academic. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.